AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

United States of America  )
v.  )   Case No: 3:20-88-001-MGL
ALICE FELDER-LUCAS  )
  )   USM No: 04129-509
Date of Original Judgment: 6/23/2022  )
Date of Previous Amended Judgment:  )   William F. Nettles, IV
*(Use Date of Last Amended Judgment if Any)*   *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **forty-one (41) months as to each count, to run concurrently** months **is reduced to** **thirty-three (33) months as to each count, to run concurrently**.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 06/23/2022 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 01/22/2024                          s/ Mary Geiger Lewis
                                                                  *Judge's signature*

Effective Date: 02/01/2024                    Mary Geiger Lewis, United States District Judge
*(if different from order date)*                  *Printed name and title*