

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs. | § | Criminal Action No.: 3:20-cr-88-MGL-1 |
| | § | |
| ALICE FELDER-LUCAS, | § | |
| Defendant. | § | |

---

### ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION

Pending before the Court is Defendant Alice Felder-Lucas's (Felder-Lucas) pro se motion for early termination of supervised release. The United States Probation Office (USPO) and the government oppose early termination.

At a bench trial, the Court convicted Felder-Lucas of false, fictitious, and fraudulent claims, in violation of 18 U.S.C. § 287, and theft of United States property, in violation of 18 U.S.C. § 641. The Court sentenced Felder-Lucas to forty-one months of imprisonment, followed by three years of supervised release. The Court also ordered her to pay restitution in the amount of $678,486.97. She was released to supervision on February 1, 2024.

Felder-Lucas maintains she has remained accessible to the USPO, made all restitution payments on time, passed all substance abuse tests, and refrained from violating the law. Felder-Lucas further states she has been actively involved in her church and community since her mother passed away in March 2025.

The USPO and government, however, oppose early termination because Felder-Lucas has yet to pay her restitution in full.

Although the Court commends Felder-Lucas on her success thus far, it expects all defendants to fulfill the obligations of their sentence.  In this case, such obligations include a monetary penalty.  The Court is therefore unable to conclude early termination of Felder-Lucas's term of supervision is proper at this time.  *See* 18 U.S.C. § 3583(e)(1) (providing the Court may terminate a term of supervised release only if, among other things, "it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice").

Accordingly, having carefully considered Felder-Lucas's motion, the USPO's opposition, the government's opposition, the record, and the relevant law, it is the judgment of the Court Felder-Lucas's motion for early termination, ECF No. 212, is **DENIED**.

    **IT IS SO ORDERED.**

Signed this 28th day of October 2025, in Columbia, South Carolina.

                         s/ Mary Geiger Lewis
                         MARY GEIGER LEWIS
                         UNITED STATES DISTRICT JUDGE